*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

In Re: Chamroeun Phin and Savuth Phin            BK No. 1:13–bk–13127

Debtor(s)                                                         Chapter 13

*ORDER GRANTING (doc# 13 )*
*Re: Motion Objecting to Discharge filed by Trustee*

After consideration of the pleading(s), it is hereby **ORDERED** that the above entitled document (doc. # 13 ) is **GRANTED** .

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **12/20/13**

Entered on Docket: **12/20/13**
Document Number: **20 – 13**

145.jsp

_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*